**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| IN RE:<br><br>Crystal Marie Faulconer<br><br>Debtor. | Dist. Ct. Case No: 26-02019-JHC<br>Related to Case No: 26-01665-LK<br><br>Bk Case No. 25-13345-CMA<br><br>WAW Internal Appeal No. 26-W010<br>Related to Internal Appeal No. 26-W008 |
| Sarah Anne Hendin,<br><br>Appellant,<br><br>v.<br><br>Crystal Marie Faulconer,<br><br>Appellee. | ORDER ON MOTION TO CONSOLIDATE APPEAL CASES PURSUANT TO LRC 42(b) AND ADD APPELLEE |

THE COURT FINDS that the parties have met and conferred and have stipulated and agreed to consolidate the following cases into District Court No. 26-01665-LK, Internal Appeal No. 26-W008:

1. District Court No. 26-01665-LK, Internal Appeal No. 26-W008.
2. District Court No. 26-02019-JHC, Internal Appeal No. 26-W010.

And, in addition, to add Jason Wilson-Aguilar, Chapter 13 Trustee, as appellee in the consolidated action;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

1. Consolidation – The above-listed appeal cases are hereby consolidated for all purposes into District Court No. 26-01665-LK, Internal Appeal No. 26-W008 which shall be designated as the lead case.
2. Adding appellee – Jason Wilson-Aguilar, in his capacity as Chapter 13 Trustee, shall be added to the consolidated case as an appellee.
3. Scheduling – The schedule of the District Court No. 26-01665-LK, Internal Appeal No. 26-W008 shall govern for all consolidated cases.

SIGNED THIS 20th Day of August 2026,

John H. Chun
United States District Judge